
RECEIVED
CHARLOTTE, N.C.
APR 27 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| CLAREMONT RESTAURANT GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 5:05-CV-50 |
| v. | ) |
| | ) |
| J & C FOODS, INC., CAROLYN M. LUCAS and JONATHAN THOMAS | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the Application of Craig R. Tractenburg for admission *pro hac vice*.

Upon careful review and consideration, this Court will grant this application.

In accordance with the Local Rules of this Court, Mr. Tractenburg is directed to pay the admission fee of **ONE HUNDRED DOLLARS ($100)** to the Clerk of Court within ten (10) days of the filing of this Order.

**IT IS SO ORDER**, this the 29 day of April, 2005.

_____
United States ~~Magistrate~~ Judge
District Court

BOS1483464.1